```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIBES INTERNATIONAL INC., SAL,

                        **Plaintiff,**                18-CV-11449 (JGK)(SN)

    -against-                                     **ORDER**

ICONIX BRAND GROUP, INC., et al.,

                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On Tuesday, January 22, 2019, the Honorable John G. Koeltl assigned this matter to my docket for settlement. At this time, the Court is conducting confidential settlement conferences by telephone. Settlement conferences must generally be scheduled at least six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. If the parties believe a settlement conference would be productive at this time, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      June 9, 2020
                 New York, New York