```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

VIBES INTERNATIONAL INC, SAL,

                Plaintiff,           18cv11449 (JGK)

    - against -                 <u>ORDER</u>

ICONIX BRAND GROUP INC et al.,

                Defendants.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by August 14, 2020.

**SO ORDERED.**

Dated:    New York, New York
           July 30, 2020               /s/ John G. Koeltl
                                              John G. Koeltl
                                  United States District Judge